UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEPHTY CRUZ and MICHAEL BALLETTO, as TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES HEALTH PLAN and THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT, AND HEALTH EMPLOYEES PENSION PLAN,<br><br>         Plaintiffs,<br><br>-against-<br><br>THOMAS JEFFERSON NURSING HOME,<br><br>         Defendant | CIVIL ACTION NUMBER:<br>07 CV 9636 (RWS)<br><br><br><u>**CIVIL RULE 7.1 STATEMENT**</u> |

  PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR DEFENDANT THOMAS JEFFERSON HOME FOR ADULTS IMPROPERLY NAMED THOMAS JEFFERSON NURSING HOME (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, OR PUBLICLY HELD CORPORATIONS THAT OWN 10% OR MORE OF ITS STOCK:

 None

            PECKAR & ABRAMSON, P.C.
        By:_____
            AARON C. SCHLESINGER (AS-8744)
            Attorneys for Defendant
            Thomas Jefferson Home for
            Adults improperly named Thomas Jefferson Nursing Home
            546 Fifth Avenue, 17th Floor
Dated: New York, New York  New York, New York 10036
   November 28, 2007   (212) 382-0909

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

249842.01/11/28/07

## CERTIFICATION OF SERVICE

I hereby certify that on November 28, 2007, I served the within Civil Rule 7.1 Statement via federal express overnight mail upon:

Charles R. Virginia, Esq.
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC
Attorneys for Plaintiffs
Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006

AARON C. SCHLESINGER

Dated: New York, New York
       November 28, 2007

LAW OFFICES

Peckar &
Abramson
A Professional Corporation

2