

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York

San Francisco

Los Angeles

Orange County

Miami

Fort Lauderdale

Orlando

Washington, D.C.

Chicago

London

www.pecklaw.com

Aaron C. Schlesinger
*Partner*

Direct Dial: (201) 441-4996
E-Mail Address: aschlesinger@pecklaw.com

Via Facsimile (212) 805-7925 and ECF

August 12, 2008

Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1920
New York, New York 10007

RE: **Cruz, et al. v. Thomas Jefferson Nursing Home**
   **Civil Action No. 07 CV 9636 (RWS)**
   **Our File No. 167300**

Dear Judge Sweet:

This firm is counsel to Thomas Jefferson Nursing Home, Defendant in the above referenced matter. This letter is respectfully submitted as a joint request to adjourn: (1) the parties' time to file any applicable motions; (2) their joint proposed pretrial Order; (3) and the final pre-trial conference for a period of thirty (30) days so that the parties can have an opportunity to engage in settlement negotiations without incurring any further litigation costs.

Pursuant to the Court's April 3, 2008 Order, the parties are currently required to complete discovery, file all applicable motions and commence preparing a joint proposed pretrial order by August 13, 2008. Moreover, a final pretrial conference is scheduled to take place before the Court on September 10, 2008 during which time the parties must file their joint proposed pretrial order.

This is a first request for an adjournment and no further requests are anticipated at this time.

Respectfully submitted,

AARON C. SCHLESINGER
ACS:fac
cc: Marc A. Tenenbaum, Esq. (via facsimile)
272005.01/08/12/08


a member of the
ICLA International Construction Law Alliance