UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

NEPHTY CRUZ, et al.,

            Plaintiffs,

  - against -

THOMAS JEFFERSON NURSING HOME,

           Defendant.

------------------------------------X

07 Civ. 9636 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

**Sweet, D.J.,**

    Defendant's letter of August 21, 2008, will be treated as a motion to be heard at noon, Wednesday, September 10, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
~~August~~ 9-3 , 2008

_____
ROBERT W. SWEET
U.S.D.J.